# UNITED STATES DISTRICT COURT
### PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**SUSAN M. SMALLEY**
CHIEF U.S. PROBATION OFFICER

January 4, 2021

**U.S. COURTHOUSE**
**50 WALNUT ST.**
**ROOM 1001**
**NEWARK, NJ  07102**
**(973) 645-6161**
**FAX: (973) 645-2155**

**www.njp.uscourts.gov**

The Honorable John M. Vazquez
United States District Judge
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

**RE: Brent Stone**
**Dkt. No: 2:18-CR-00404**
**Request for Court's Position on Medical**
**Marijuana**

Dear Judge Vazquez:

Reference is made to the above-named offender who was sentenced by the Honorable William H. Walls on April 9, 2019, to a 23-month term of imprisonment to be followed by a 3-year term of supervised release for the offense of Possession of a Firearm by a Convicted Felon. The Court also ordered special conditions of drug testing and treatment, life skills/education, and supporting dependents. Mr. Stone's term of supervised release is scheduled to expire on October 12, 2023.

We are now writing to inform Your Honor that Mr. Stone was prescribed medicinal marijuana on October 8, 2020, by Dr. David Boguslavsky to treat anxiety. A copy of his medical record is attached to this letter for the Court's review.

At this time, our office is respectfully requesting the Court's position on Mr. Stone's use of medicinal marijuana. Should Your Honor have any questions, or concerns, please contact the undersigned at 973-986-0623.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Maria Goodwater/SGM*

By: Maria D. Goodwater
       U.S. Probation Officer

/mdg
APPROVED:

*Suzanne Golda-Martinez*          *01/04/2021*
SUZANNE GOLDA-MARTINEZ                    Date

Supervising U.S. Probation Officer

-----------------------------------------------------------------------------------------------------------------

( X ) Medical Marijuana Use Approved
(  ) Medical Marijuana Use Denied

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date:   1/4/2021